■ In the Matter of NIAGARA COUNTY DEPARTMENT OF SOCIAL SERVICES, on Behalf of BRIDGETTE C. O., Respondent, v WENDELL R. Appellant. (Appeal No. 2.) [649 NYS2d 900] —Appeal unanimously dismissed without costs (see, Matter of Jane PP. v Paul QQ., 64 NY2d 15). (Appeal from Order of Niagara County Family Court, Crapsi, J.—Paternity.) Present—Green, J. P., Lawton, Callahan, Doerr and Boehm, JJ.